**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Dean Bryan BOWER, Defendant—Appellant.**

**Nos. 05–30168, 05–30324.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted July 24, 2006.

Decided July 28, 2006.

Audrey J. Renschen, Esq., Office of the U.S. Attorney, Anchorage, AK, for Plaintiff–Appellee.

Sue Ellen Tatter, Esq., Federal Public Defender's Office, Anchorage, AK, for Defendant–Appellant.

Before: KOZINSKI, BERZON, and TALLMAN, Circuit Judges.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

## MEMORANDUM *

Soon after Bower submitted his opening brief, we published *United States v. Gourde*, 440 F.3d 1065 (9th Cir.2006) (en banc). *Gourde* controls this case.

AFFIRMED.

**AFFIRMED.**

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

